IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-1019 |
| | ) | |
| Plaintiff, | ) | <u>Count 1</u> |
| | ) | 18 U.S.C. § 4 |
| vs. | ) | (Misprision of a Felony) |
| | ) | |
| NICKOLAS CLARK, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about February 15, 2012, in the Northern District of Iowa, NICKOLAS CLARK, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, the attempted manufacture of methamphetamine on premises in which an individual who is under the age of 18 years is present, in violation of Title 21, United States Code, Sections 860a, 841(a)(1), and 846, did conceal the same by intentionally making false statements to law enforcement agents concerning the identity of the perpetrator of the felony offense and whether an individual under the age of 18 years old was present, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

This was in violation of Title 18, United States Code, Section 4.

SEAN R. BERRY
Acting United States Attorney

By: _[signature]_

JUSTIN LIGHTFOOT
Assistant United States Attorney