# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### EASTERN DUBUQUE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **HEARING MINUTES**   Sealed: No |
| Plaintiff(s) | Case No.: 2:12-CR-1019 |
| vs. | Presiding Judge: JON S. SCOLES, Chief Magistrate Judge |
| NICKOLAS CLARK | Deputy Clerk: Paul Coberly |
| Defendant(s) | Court Reporter: Kay Carr   Contract? Yes |
| | (If yes, send copy to financial) |
| | Recording: Yes   Method: FTR Gold |

| Date: | 9/24/2012 | Start: | 4:25 PM | Adjourn: | 4:59 PM | Courtroom: | 2, Building B |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Justin Lightfoot | | | | | |
| | Defendant(s): | personally, and represented by Raphael M. Scheetz | | | | | |
| | U.S. Probation: | Michael Brogla and Barbara Lukesh | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | No | Continued from a previous date? | No |
|---|---|---|---|---|---|
| **ARRAIGNMENT:** | X | AND/OR | **INITIAL APPEARANCE:** | X | |

| | Date of indictment: | Information filed on 9/18/2012 (Waiver of Indictment filed at doc. 3) |
|---|---|---|
| | Was defendant *Mirandized*? | Yes |
| | Defendant pleaded | guilty to Count 1 of the Information. |
| | Counsel: Retained: or Appointed: X FPD/Other: | Raphael M. Scheetz |
| | Stipulation to discovery plan? -- Did defendant provide financial affidavit? | -- |
| | Did the government move for detention? No Was the defendant detained? | No |
| | Was a detention hearing set? -- Date: | -- |
| | Was a trial date set? -- Date: | -- |

| **PLEA:** | Defendant pleaded GUILTY to count(s): | 1 of the Information |
|---|---|---|
| | Defendant is released | pending sentencing. |
| | **Witness/Exhibit List is** | Sealed Government Exhibit 1 offered and received. |
| | The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7. | |

| | | |
|---|---|---|
| | **Miscellaneous:** | Defendant states his full name as Nickolas Louis Clark.  Defendant waives formal reading of the Information.<br><br>Court places Defendant under oath.  Defendant competent and understands the charge.  Defendant knows there is an adequate factual basis, knows the maximum penalties, and knows his jury rights (voluntarily waives jury rights).  Plea is voluntary.  Court finds Defendant should be adjudged guilty based upon his plea of guilty.  USP to prepare PSIR.<br><br>Defendant released under the terms/conditions of the Court's release order. |