# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>NICKOLAS CLARK,<br><br>    Defendant. | No. CR12-1019<br><br>ORDER FOR DETENTION |

On the 27th day of July 2015, this matter came on for hearing on the Government's request to have the Defendant detained prior to a revocation hearing. The Government was represented by Assistant United States Attorney Justin Lightfoot. The Defendant appeared personally and was represented by his attorney, Raphael M. Scheetz. For the reasons stated by the Court on the record at the time of hearing, the Court concludes that the request for detention should be granted.

## ORDER

IT IS THEREFORE ORDERED that the request for detention made at the initial appearance on revocation proceedings is hereby **GRANTED**. The Defendant shall be detained and in the custody of the United States Marshal pending a final revocation of supervised release hearing scheduled for August 4, 2015 before Chief Judge Linda R. Reade.

DATED this 27th day of July, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA